UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:98-00159 |
| | ) | JUDGE CAMPBELL |
| PAUL WOODS | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue Status Conference (Docket No. 838). Through the Motion, the Defendant requests that the Court continue the status conference, currently set for October 10, 2013, to allow him an opportunity to consult with counsel prior to the status conference.

The Motion is GRANTED. The status conference is CONTINUED until October 28, 2013, at 1:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE