UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:98-00159 |
| | ) | JUDGE CAMPBELL |
| PAUL WOODS | ) | |

## ORDER

Pending before the Court is the United States' Motion To Continue Status Conference (Docket No. 842), currently set for October 28, 2013. The Motion is DENIED, and the status conference is CANCELLED.

The Court will hold a hearing on November 15, 2013, at 11:00 a.m. to consider whether the Defendant has made "a substantial threshold showing that the government's decision to not file a Rule 35(b) motion is based on an unconstitutional motive: retaliation for his seeking relief under 28 U.S.C. § 2255." United States v. Woods, 2013 WL 4427183, at 6 (6th Cir. Aug. 19, 2013); (Docket No. 821, at 11). To the extent the Defendant seeks to conduct discovery prior to the hearing, he shall file an appropriate motion.

Defendant Woods shall be present at all hearings in this case.

It is so ORDERED.

                                                                                 _____
                                                                                 TODD J. CAMPBELL
                                                                                  UNITED STATES DISTRICT JUDGE