UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:98-00159 |
| | ) | JUDGE CAMPBELL |
| PAUL WOODS | ) | |

## ORDER

Pending before the Court is a Motion to Continue Hearing (Docket No. 850) currently scheduled for November 15, 2013. The Motion is GRANTED.

The hearing is continued to January 6, 2014, at 9:00 a.m.

IT IS SO ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE