# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:98-cr-00159-7 |
| | ) | Judge Trauger |
| PAUL WOODS | ) | |

## ORDER

Pending before the court is the Defendant's Motion To Compel The Government To File A Rule 35(b) Motion To Reduce Defendant's Sentence Due To Provision Of Extraordinary Assistance In the Investigation And Prosecution Of Dangerous Crime (Docket No. 788). The court held an evidentiary hearing in this case on December 6, 2017. For the reasons set forth in the accompanying Memorandum, the Defendant's Motion To Compel (Docket No. 788) is DENIED.

It is so **ORDERED.**

ENTER this 8th day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge